LAW OFFICE OF MOORAD, CLARK & STEWART
ADAM STEWART (SBN: 167403)
LAWRENCE NIERMEYER (SBN: 157440)
1420 F Street, Second Floor
Modesto, CA 95354
Telephone: (209) 526-0522
Fax: (209) 526-4703
Email: adam@mooradclarkstewart.com
       ltniermeyer@aol.com

Counsel for Plaintiff, JOHN MARKLE

BUCHALTER
A Professional Corporation
THOMAS M. O'CONNELL (SBN: 298457)
JENNIFER M. MISETICH (SBN: 272022)
MICHELLE M. BROOKFIELD (SBN: 306549)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: toconnell@buchalter.com
       jmisetich@buchalter.com
       mbrookfield@buchalter.com

Counsel for Defendant, CITY OF LIVINGSTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MARKLE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LIVINGSTON, a local government entity; GAGANDEEP KANG, ROBERT T. GARCIA; VANESSA L. PORTILLO; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 1:23-cv-01708-KES-EPG <br><br> **JOINT STIPULATION REGARDING DEFENDANT CITY OF LIVINGSTON'S WITHDRAWAL OF ITS NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND ORDER** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff JOHN MARKLE ("Plaintiff"), by and through his counsel of record, and Defendant CITY OF LIVINGSTON (the "City"), by and through its counsel of record, hereby stipulate and agree to the City's withdrawal of its Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint as follows:

WHEREAS, on December 11, 2023, Defendants the City and Vanessa Portillo removed this case to Federal Court from the Superior Court of the State of California for the County of Merced. The operative complaint at that time was Plaintiff's Second Amended Complaint ("SAC");

WHEREAS, on December 18, 2023, Defendants the City and Vanessa Portillo filed a Notice of Motion and Motion to Dismiss Plaintiff's SAC and, thereafter, the Parties fully briefed their positions on the Motion to Dismiss;

WHEREAS, this Court has not yet decided Defendants' Motion to Dismiss;

WHEREAS, on February 18, 2025, pursuant to Plaintiff's and Defendant Portillo's joint stipulation to dismiss Defendant Portillo with prejudice, and the City's later filed approval of this the stipulation, this Court dismissed Defendant Portillo as a defendant, with prejudice; and

WHEREAS, given the amount of time that has passed since the City filed its Motion to Dismiss, the ever-changing composition of the City's Council, the fading memories of witnesses, and the Parties' desire to move forward with litigating this matter, the Parties have met and conferred and agreed to stipulate to allow the City to withdraw its Motion to Dismiss;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. The City may withdraw its Motion to Dismiss Plaintiff's Second Amended Complaint upon approval of the Court; and

2. The City will file an Answer to Plaintiff's Second Amended Complaint within thirty (30) days of the Court's notice of approval of the City's withdrawal of its Motion to Dismiss Plaintiff's Second Amended Complaint.

///

1 **IT IS SO STIPULATED:**

2  DATED: March 2, 2025                LAW OFFICE OF MOORAD, CLARK & STEWART

3

4                                      By:  */s/ Lawrence Niermeyer*
                                              ADAM STEWART
5                                             LAWRENCE NIERMEYER
                                           Attorneys for Plaintiff,
6                                             JOHN MARKLE

7

8

9  DATED: March 2, 2025                BUCHALTER
                                       A Professional Corporation
10

11

12                                     By:  */s/ Michelle M. Brookfield*
                                              THOMAS M. O'CONNELL
                                              JENNIFER M. MISETICH
13                                            MICHELLE M. BROOKFIELD
                                           Counsel for Defendant,
14                                            CITY OF LIVINGSTON

**ORDER**

Having considered the parties' stipulation, and good cause appearing therefore, it is hereby ordered that:

1. The City's motion to dismiss plaintiff's second amended complaint, Doc. 4, is withdrawn; and

2. The City shall file an answer to plaintiff's second amended complaint within thirty (30) days of the date of this Order.

IT IS SO ORDERED.

Dated:   March 2, 2025

UNITED STATES DISTRICT JUDGE