IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHN MARKLE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LIVINGSTON, a Local Government Entity; GAGANDEEP KANG; ROBERT T. GARCIA; VANESSA L. PORTILLO; and DOES 1 to 20,<br><br>　　　　　Defendants. | Case No.: 1:23-cv-01708-KES-EPG<br><br>**ORDER GRANTING STIPULATION TO SEAL PLAINTIFF'S INFORMAL DISCOVERY DISPUTE BRIEF**<br><br>(ECF No. 45) |

　　　　On September 26, 2025, Plaintiff John Markle and Defendants City of Livingston filed a joint stipulation (ECF No. 45) requesting Plaintiff's Informal Discovery Dispute Brief (ECF No. 41) be sealed pursuant to Local Rule 141(b) and this Court's order following the September 25, 2025 informal discovery dispute conference. (ECF No. 43).

　　　　The parties agreed that Plaintiff's Informal Discovery Dispute Brief (ECF No. 41) contains sensitive information, disclosure of which would compromise privacy and confidentiality interests, and that good cause exists to seal the document. Furthermore, the parties agreed that a redacted version of the Brief may be filed on the public docket, after the parties meet and confer and agree upon appropriate redactions, with the unredacted version lodged under seal in compliance with Local Rule 141.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Informal Discovery Dispute Brief (ECF No. 41) shall be sealed;
2. The Clerk of the Court is directed to maintain the Informal Discovery Dispute Brief under seal until further order of this Court; and
3. A redacted version of the Brief may be filed on the public docket after the parties meet and confer and agree upon appropriate redactions.

**IT IS SO ORDERED.**

DATED:   September  26, 2025          /s/ Erica P. Grosjean
                                      **UNITED STATES MAGISTRATE JUDGE**