UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN MARKLE,

        Plaintiff,

    v.

CITY OF LIVINGSTON, et al.,

        Defendants.

Case No. 1:23-cv-01708-KES-EPG

ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(ECF No. 51).

On February 2, 2026, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear their own attorney fees and costs. (ECF No. 51). In light of the parties' stipulation, this action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.
IT IS SO ORDERED.

Dated:    **February 3, 2026**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1